UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEDRANO-PIZARRO, et al.

                Plaintiffs,

-against-

SHOP-RITE SUPERMARKETS, INC.,

                Defendant.

**ORDER**

21-CV-00445 (PMH)

PHILIP M. HALPERN, United States District Judge:

Pending presently before this Court is Plaintiffs' motion to remand this action to the Supreme Court of the State of New York, County of Westchester. (*See* Doc. 5; Doc. 5-1; Doc. 5-2; Doc. 5-3; Doc. 5-4; Doc. 5-5; Doc. 5-6; Doc. 5-7; Doc. 5-8; Doc. 5-9; Doc. 7; Doc. 7-1; Doc. 7-2; Doc. 7-3). Defendant opposes the request. (*See* Doc. 6; Doc. 6-1; Doc. 6-2; Doc. 6-3).

Upon consideration of the parties' submissions and applicable law, the motion is DENIED. Subject-matter jurisdiction exists and there were no procedural deficiencies in Defendant's removal to this Court. Removal was proper under 28 U.S.C. § 1446. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 5. An initial conference with the Court will be scheduled in short order.

                                            SO ORDERED:

Dated:  White Plains, New York
         April 1, 2021

                                          PHILIP M. HALPERN
                                          United States District Judge